IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARLINA LEE, as special administrator
for the Estate of Wanda Graves,** *et al.*                                    **PLAINTIFFS**

v.                                        4:21-CV-00316-BSM

**KENNETH BAILEY,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE